JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Pet~~OR PARTIES~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-31-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NEWELS, | ) Case No. CV 10-9696-MWF (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| TIM BUSBY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 29, 2012

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY